UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
BENTON DIVISION

| | |
|---|---|
| JUSTIN KORFF, | ) |
|       Plaintiff, | ) ) ) |
| vs. | )   No. 3:23-cv-02905-MAB |
| CONTINENTAL TIRE THE AMERICAS, LLC, | ) ) ) ) |
|       Defendant. | ) ) |

### **ENTRY OF APPEARANCE**

    Christina T. S. Bruno of Husch Blackwell LLP hereby enters her appearance on behalf of Defendant Continental Tire the Americas, LLC, in the above-captioned matter.

    Respectfully submitted,

    HUSCH BLACKWELL LLP

    By: */s/ Christina T. S. Bruno*
         Kaytlin E. Kopen, IL No. 6319305
         Christina T. S. Bruno MO No. 74587
         8001 Forsyth Boulevard, Suite 1500
         Saint Louis, Missouri 63105
         Telephone: (314) 480-1500
         Facsimile: (314) 480-1505
         kayt.kopen@huschblackwell.com

    *Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

    The undersigned counsel hereby certifies that a copy of the foregoing was filed via the Court's electronic filing system and thereby electronically served on the following counsel of record on this 28th day of September 2023:

Mohammed O. Badwan, Esq.
Sulaiman Law Group, Ltd.
2500 South Highland Avenue, Suite 200
Lombard, Illinois 60148
Telephone: (630) 575-8180
mbadwan@sulaimanlaw.com

*Attorney for Plaintiff*

                                                /s/ *Christina T. S. Bruno*