# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JUSTIN KORFF, ) | |
| ) | Case No. 23-cv-2905-SMY |
| ) | |
| Plaintiff, ) | CJRA Track: B |
| ) | |
| vs. ) | Mandatory Mediation: Yes |
| ) | |
| CONTINENTAL TIRE THE ) | Trial Date: June 9, 2025 |
| AMERICAS, LLC, ) | |
| ) | Judge Staci M. Yandle |
| Defendant. ) | |

## JOINT REPORT OF PARTIES AND
## PROPOSED SCHEDULING AND DISCOVERY ORDER

Pursuant to Federal Rule of Civil Procedure 26(f) and SDIL-LR 16.2(a), an initial conference of the parties was held on 5/6/2024 with attorneys Mohammed Badwan for Plaintiff Justin Korff, and Kaytlin Kopen and Christina Sbrocchi for Defendant Continental Tire the Americas, LLC participating.

SCHEDULING AND DISCOVERY PLANS WERE DISCUSSED AND AGREED TO AS FOLLOWS:

1. A stipulation selecting a mediator shall be filed with the Court by 7/19/2024 (no later than **28 days** following the Scheduling and Discovery Conference).

2. The parties will exchange initial disclosures by 5/20/2024.

3. Initial interrogatories and requests to produce, pursuant to Federal Rules of Civil Procedure 33 and 34 shall be served on opposing parties by 5/27/2024.

4. Plaintiff's deposition shall be taken by 9/23/2024.

5. Defendant's deposition shall be taken by 12/20/2024.

6. Motions to amend the pleadings, including the commencement of a third-party action, shall be filed by 7/5/2024 (no later than **90 days** following the Scheduling and Discovery conference).

1

7. Expert witnesses shall be disclosed, along with a written report prepared and signed by the witness pursuant to Federal Rule of Civil Procedure 26(a)(2), as follows:
   Plaintiff's expert(s): 9/30/2024.
   Defendant's expert(s): 11/29/2024.
   Third Party expert(s): 11/29/2024.

8. Depositions of expert witnesses must be taken by:
   Plaintiff's expert(s): 10/31/2024.
   Defendant's expert(s): 12/31/2024.
   Third Party expert(s): 12/31/2024.

9. The parties **CERTIFY** that they have discussed, in particular, the proportionality of discovery, the burden and expense associated with discovery, and the discovery of electronically stored information (ESI). The parties do not anticipate a need for ESI protocol.

10. The **Mandatory Mediation Session** shall be completed by 10/4/2024 (no later than **30 days** before the discovery cut-off).

11. **Discovery** shall be completed by 1/3/2025 (no later than **130 days** before the first day of the month of the presumptive trial month or the first day of the month of the trial setting). Any written interrogatories or request for production served after the date of the Scheduling and Discovery Order shall be served by a date that allows the served parties the full **30 days** as provided by the Federal Rules of Civil Procedure in which to answer or produce by the discovery cut-off date.

12. The **Mandatory Mediation Process** shall be completed by 10/25/2024 (no later than **15 days** after the discovery cut-off).

13. All **dispositive motions** shall be filed by 2/6/2025 (no later than **115 days** before the first day of the month in which trial is set). Dispositive motions filed after this date will not be considered by the Court.

14. The parties are reminded that, prior to filing any motions concerning discovery, they must first meet and confer relating to any discovery disputes. The parties shall file a written motion if they are unable to resolve their dispute. The motion shall be no longer than 10 pages and shall state "DISPUTED" in the title. Responses shall be filed within 7 days and shall be no longer than 10 pages. Disputed discovery motions will be referred to a Magistrate Judge.

DATED: 6/14/2024

By: */s/[Mohammed O. Badwan*
Mohammed O. Badwan, IL No. 62990011
    SULAIMAN LAW GROUP LTD.
    2500 S. Highland Avenue, Suite 200
    Lombard, Illinois 60148
    Phone (630) 575-8181
    Fax (630) 575-8188
    mbadwan@sulaimanlaw.com

*Attorneys for Plaintiff*

By: */s/ Kaytlin E. Kopen*
    HUSCH BLACKWELL LLP
    Kaytlin E. Kopen, IL No. 6319305
    Christina Sbrocchi, MO No. 74587
    8001 Forsyth Blvd., Ste. 1500
    St. Louis, Missouri 63105
    Telephone: (314) 480-1500
    Facsimile: (314) 480-1505
    kayt.kopen@huschblackwell.com
    christina.sbrocchi@huschblackwell.com

*Attorneys for Defendant Continental Tire the Americas, LLC*

## **CERTIFICATE OF SERVICE**

    The undersigned counsel hereby certifies the foregoing was served via email to SMYpd@ilsd.uscourts.gov and to the below counsel of record on this 14th day of June, 2024:

HUSCH BLACKWELL LLP
Kaytlin E. Kopen, IL No. 6319305
Christina Sbrocchi, MO No. 74587
8001 Forsyth Blvd., Ste. 1500
St. Louis, Missouri 63105
Telephone: (314) 480-1500
Facsimile: (314) 480-1505
kayt.kopen@huschblackwell.com
christina.sbrocchi@huschblackwell.com


                                                */s/ Mohammed O. Badwan*