**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ILLINOIS**
**EAST ST. LOUIS DIVISION**

| | |
|---|---|
| JUSTIN KORFF,             )  | |
|                           )  | |
|    **Plaintiff,**         )  | |
|                           )  | |
| v.                        )  | Case: 3:23-cv-02905-SMY |
|                           )  | |
| CONTINENTAL TIRE THE AMERICAS, ) | |
| LLC,                      )  | |
|                           )  | |
|    **Defendant.**         )  | |

# STIPULATION SELECTING MEDIATOR

IT IS HEREBY STIPULATED AND AGREED that Judge Stephen Williams has been selected, contacted and has agreed to serve as Mediator for this action. The Mediator's contact information is as follows:

**Address**
**23 South First Street**
**Belleville, IL 62220**

**Phone Number**
**618-277-7260**

**Email**
Swilliams@kuehnlawfirm.com

IT IS FURTHER STIPULATED AND AGREED that counsel will participate in the mediation proceedings in good faith. The parties will confer with the Mediator regarding scheduling the Mandatory Mediation Session and additional mediation sessions (if any), bearing in mind the deadlines for completion of the Mandatory Mediation Session and all Mandatory Mediation Proceedings set forth in the Court's Scheduling Order.

Dated: July 18, 2024

| | |
|---|---|
| */s/ Mohammed Badwan* <br> Mohammed Badwan, Esq. <br> Sulaiman Law Group, Ltd. <br> 2500 South Highland Avenue <br> Suite 200 <br> Lombard, Illinois 60148 <br> (630) 575-8181 <br> mbadwan@sulaimanlaw.com <br> *Counsel for Plaintiff* | */s/ Kaytlin E. Kopen (with consent)* <br> Kaytlin E. Kopen, Esq, <br> Christina T. Sbrocchi, Esq. <br> 8001 Forsyth Blvd., Ste. 1500 <br> St. Louis, Missouri 63105 <br> Telephone: (314) 480-1500 <br> Facsimile: (314) 480-1505 <br> kayt.kopen@huschblackwell.com <br> christina.sbrocchi@huschblackwell.com <br> *Counsel for Defendant* |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 18th day of July, 2024, a true and correct copy of the foregoing has been electronically filed in the United States District Court for the Southern District of Illinois, by using the CM/ECF system, effecting service upon all parties of record as follows:

Kaytlin E. Kopen, IL No. 6319305
Christina T. Sbrocchi, MO No. 74587
8001 Forsyth Blvd., Ste. 1500
St. Louis, Missouri 63105
Telephone: (314) 480-1500
Facsimile: (314) 480-1505
kayt.kopen@huschblackwell.com
christina.sbrocchi@huschblackwell.com

*/s/ Mohammed Badwan*
Mohammed Badwan, Esq.