**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**
**BENTON DIVISION**

| | | |
|---|---|---|
| JUSTIN KORFF, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:23-cv-02905-SMY |
| | ) | |
| v. | ) | |
| | ) | |
| CONTINENTAL TIRE THE AMERICAS, LLC, | ) ) | |
| | ) | |
| Defendant. | ) | |

**MOTION TO WITHDRAW COUNSEL'S MOTION TO WITHDRAW AS ATTORNEY FOR PLAINTIFF [DOCUMENT 26]**

NOW COMES Mohammed O. Badwan ("Counsel") for Justin Korff ("Plaintiff"), moving to withdraw Document 26, Counsel's Motion to Withdraw as Attorney for Plaintiff. In support thereof, Counsel states as follows:

1.  Counsel is Plaintiff's attorney in this matter.

2.  Counsel has attempted to contact Plaintiff regarding his deposition, however, Plaintiff failed to appear and was unresponsive for some time following his scheduled deposition.

3.  On November 12, 2024, after Counsel had made multiple good faith attempts to reach Plaintiff, Counsel filed a Motion to Withdraw as counsel. [Dkt. 26]

4.  Following Counsel's Motion to Withdraw [Dkt. 26], Defendant filed a Motion for Sanctions for Plaintiff's failure to appear for his deposition. [Dkt. 27]

5.  Shortly thereafter, in or around late November-early December, 2024, Plaintiff regained contact with Counsel.

1

6.	Plaintiff and Counsel have been able to repair the attorney-client relationship and Plaintiff affirms that he intends to fully prosecute his case.

7.	Accordingly, for the reasons stated herein, Counsel seeks an order withdrawing Document 26 from the docket as Counsel intends to continue representing Plaintiff.

**WHEREFORE**, Counsel respectfully requests the Court enter an order withdrawing Document 26 from the docket for the reasons set forth and grant such other relief as this Court deems just and proper.

DATED: January 6, 2025                          Respectfully submitted,

                                              */s/Mohammed Badwan Esq.*
                                              Mohammed Badwan, Esq.
                                              Sulaiman Law Group, Ltd.
                                              2500 South Highland Avenue, Suite 200
                                              Lombard, Illinois 60148
                                              (630) 575-8181
                                              mbadwan@sulaimanlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of January, 2025, a true and correct copy foregoing has been provided via electronic service to all counsel of record.

/s/Mohammed Badwan Esq.